**Anthony GASTON, Plaintiff–Appellant,**

v.

**TERRONEZ, Defendant–Appellee.**

No. 13–17551.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2014.*

Filed Dec. 4, 2014.

Anthony Gaston, Soledad, CA, pro se.

Michael A. Terhorst, Beeson Terhorst, LLP, Sacramento, CA, for Defendant–Appellee.

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

MEMORANDUM ***

California state prisoner Anthony Gaston appeals pro se from the district court's summary judgment in his action brought under 42 U.S.C. § 1983 and the Americans with Disabilities Act ("ADA") arising from defendant's alleged denial of adult diapers for one week. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's summary judgment on the basis of the doctrine of res judicata. *Hiser v. Franklin,* 94 F.3d 1287, 1290 (9th Cir.1996). We affirm.

The district court properly granted summary judgment because Gaston alleged the same claims against the same defendant in a state court action in which there was a final judgment on the merits. *See Manufactured Home Cmtys., Inc. v. City of San Jose,* 420 F.3d 1022, 1031 (9th Cir.2005) ("To determine the preclusive effect of a state court judgment federal courts look to state law. California's res judicata doctrine is based on a primary rights theory." (citation omitted)).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.